

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 14, 2021

**BY ECF**

The Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   United States v. Taras Bevz,
      21 Cr. 618 (NRB)

Dear Judge Buchwald:

A status conference is scheduled in the above-captioned matter for December 16, 2021. The Government writes respectfully to request an adjournment of the conference for approximately 45 days. This is the first request for an adjournment of the status conference. The Government and defense counsel have been engaged in productive discussions regarding possible pretrial resolution. The adjournment is requested to permit the Government additional time to complete the production of discovery materials, for the defense to review discovery, and for defense counsel to advise the defendant, includingt regarding possible pretrial disposition.

In the event that the Court grants the requested adjournment, the Government respectfully requests that the Court exclude time under the Speedy Trial Act, from December 16, 2021 until such date as the conference is rescheduled for the reasons stated above. The Government submits that the ends of justice served by the continuance outweigh the best interests of the public and the defendants in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A).

```
Application granted.  The conference scheduled for December
16, 2021 is adjourned until February 1, 2022 at 12:00 p.m.
The Court excludes time under the Speedy Trial Act until that
date.  See 18 U.S.C. § 3161(h)(7)(A).
```

SO ORDERED.

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

Dated:   December 14, 2021
         New York, N.Y.

      I have communicated with defense counsel, Mr. Mirvis, who consents to the adjournment and exclusion of time.

                                          Respectfully submitted,

                                          DAMIAN WILLIAMS
                                          United States Attorney

By: _____
                                          Brett M. Kalikow
                                          Assistant United States Attorney
                                          (212) 637-2220

cc:     Tony Mirvis, Esq. (via ECF)