

*U.S. Department of Justice*

*United States Attorney
Southern District of New York*

---

*The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007*

April 1, 2022

**BY ECF**

The Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:  United States v. Taras Bevz,
     21 Cr. 618 (NRB)

Dear Judge Buchwald:

> Application granted. The conference scheduled for April 5, 2022 is adjourned to May 5, 2022 at 12:00 p.m. The Court excludes time under the Speedy Trial Act until that date.
> See 18 U.S.C. § 3161(h)(7)(A)
>
> SO ORDERED.
>
> *[signature]*
> NAOMI REICE BUCHWALD
> UNITED STATES DISTRICT JUDGE
>
> Dated:  April 1, 2022
>         New York, N.Y.

    A status conference is scheduled in the above-captioned matter for April 5, 2022. The Government writes respectfully to request an adjournment of the conference for approximately 30 days. The Government and defense counsel have been engaged in productive discussions regarding possible pretrial resolution. The adjournment is requested to permit the parties additional time to exchange information in furtherance of plea discussions, for the parties to review such information, and for defense counsel to advise the defendant, including regarding possible pretrial disposition.

    In the event that the Court grants the requested adjournment, the Government respectfully requests that the Court exclude time under the Speedy Trial Act, from April 5, 2022 until such date as the conference is rescheduled for the reasons stated above. The Government submits that the ends of justice served by the continuance outweigh the best interests of the public and the defendants in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A).

I have communicated with defense counsel, Mr. Mirvis, who consents to the adjournment and exclusion of time.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: _____
Brett M. Kalikow
Assistant United States Attorney
(212) 637-2220

cc: Tony Mirvis, Esq. (via ECF)