

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 15, 2022

**BY ECF**

The Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   United States v. Taras Bevz,
      21 Cr. 618 (NRB)

Dear Judge Buchwald:

    I will soon be ending my position as an Assistant United States Attorney in the Southern District of New York. I therefore write respectfully to request that the Court direct the Clerk of Court to terminate my appearance in the above-captioned case.

                      Respectfully submitted,

                      DAMIAN WILLIAMS
                      United States Attorney

            By: _____
                    Brett M. Kalikow
                    Assistant United States Attorney
                    (212) 637-2220

cc:   All counsel of record (via ECF)

---

Application granted.

SO ORDERED.

*[signature]*

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE
Dated:   July 15, 2022
         New York, N.Y.